| | |
|---|---|
| 1 | CHARLES J. McKEE, SBN 152458 |
| | County Counsel |
| 2 | MICHAEL R. PHILIPPI, SBN 120967 |
| | Deputy County Counsel |
| 3 | County of Monterey |
| | 168 West Alisal Street, Third Floor |
| 4 | Salinas, California 93901-2653 |
| | Telephone: (831) 755-5045 |
| 5 | Facsimile: (831) 755-5283 |
| | PhilippiMR@co.monterey.ca.us |
| 6 | Attorneys for Defendants, |
| | A. NAJEM; J. N. SULLIVAN; Z. D. SWIFT; J.D. |
| 7 | GARDEPIE; D.E. VARGAS; J. HOLLOWAY; and S. H. ANADON, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN F. DUNHAM, | CASE NO. 18-CV-04467 EDL |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE TIME TO FILE AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| A. NAJEM; J. N. SULLIVAN; Z. D. SWIFT; J.D. GARDEPIE; D.E. VARGAS; J. HOLLOWAY; and S. H. ANADON, | |
| Defendants. | |

WHEREAS, the Court set April 22, 2019 as the last day for Plaintiff to file an amended complaint. (Dkt. No. 36);

WHEREAS, Plaintiff propounded Requests for Production of Documents on or about March 14, 2019 seeking extensive documents concerning the operations of the Monterey County Jail, as well as the custody records of Mr. Dunham;

WHEREAS, Defendants have begun gathering the documents requested by Plaintiffs. Due to a change in staffing at the Monterey County Sheriff's Office, Defendants are still in the process of gathering the responsive documents requested by Plaintiff and need an additional 30 days to complete the gathering of said documents and review of those documents for disclosability prior to making them available to Plaintiff;

/ / /

1

WHEREAS, Plaintiff needs to review said documents before filing an amended complaint.

**IT IS HEREBY STIPULATED** by the parties, through their counsel of record:

1. Defendants will have through May 15, 2019 to respond to the Request for Production of Documents propounded by Plaintiff;
2. Plaintiff shall have through May 29, 2019 to file an amended complaint in this matter;
3. All other dates currently set in this matter shall not change.

Dated: April 10, 2019  CHARLES J. McKEE
County Counsel

By: */s/ Michael R. Philippi*
MICHAEL R. PHILIPPI, Deputy County Counsel
Attorneys for Defendants,
A. NAJEM; J. N. SULLIVAN; Z. D. SWIFT; J.D. GARDEPIE; D.E. VARGAS; J. HOLLOWAY; and S. H. ANADON,

Dated: April 10, 2019  PICCUTA LAW GROUP, LLP

By: */s/ Charles Tony Piccuta*
CHARLES TONY PICCUTA
Attorney for Plaintiff
John F. Dunham

**IT IS ORDERED** that the forgoing Stipulation is approved.

Dated: April 11, 2019

The Honorable Elizabeth D. Laporte
Magistrate Judge
United States District Judge

2

*Dunham v. Najem, et al.*  Case No. 18-cv-04467 EDL
Joint Stipulation to Continue Time to File Amended Complaint and [Proposed] Order