UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. DUNHAM, | Case No. 18-cv-04467-AGT (SK) |
| Plaintiff, | |
| v. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | Regarding Docket No. 92 |

It is hereby ordered that the Clerk of Court issue a Writ of *Habeas Corpus Ad Testificandum* for the person of John F. Dunham, CDCR No. BL5440 whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED**.

Dated: March 10, 2020

SALLIE KIM
United States Magistrate Judge

WRIT OF HAPEAS CORPUS AD TESTIFICANDUM

TO: Warden Robert Burton, Deuel Vocational Institute, 23500 Kasson Road, Tracy, California 95304

GREETINGS:

WE COMMAND that you have and produce the body John F. Dunham , CDCR No. BL5440, in your custody in the hereinabove-mentioned Institution, before the United States District Court on March 20, 20120, 9:30 A.M., Courtroom #C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, in order that said prisoner may then and there  participate in the settlement conference in the matter of *Dunham v. County of Monterey, et al.*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable SALLIE KIM, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 10, 2020

Susan Y. Soong
Clerk, United States District Court

By: _M. Lock_____
Melinda K. Lock, Deputy Clerk

Dated: March 10, 2020

_____
The Honorable Sallie Kim
United States Magistrate Judge